United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                            Case No. 17-03095-MJC

Darryl Anthony Beckles                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                         User: AutoDocke                        Page 1 of 2

Date Rcvd: Dec 22, 2022                   Form ID: pdf010                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

**Recip ID**             **Recipient Name and Address**

     +  NYC Department of Sanitation, Attn: Payroll Deptartment, 59 Maiden Lane, 5th Floor, New York, NY 10038-4655

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022                          Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:**

**Name**                            **Email Address**

Charles G. Wohlrab

     on behalf of Creditor USAA FEDERAL SAVINGS BANK cwohlrab@raslg.com

Jack N Zaharopoulos (Trustee)

     TWecf@pamd13trustee.com

Mario J. Hanyon

     on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
     mario.hanyon@brockandscott.com

Mario John Hanyon

     on behalf of Creditor Stonegate Mortgage Corporation pamb@fedphe.com  mario.hanyon@brockandscott.com

Thomas Song

     on behalf of Creditor Home Point Financial Corporation tomysong0@gmail.com

United States Trustee

District/off: 0314-5

Date Rcvd: Dec 22, 2022

User: AutoDocke

Form ID: pdf010

Page 2 of 2

Total Noticed: 1

ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

on behalf of Debtor 1 Darryl Anthony Beckles
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.
com;swiggins@newmanwilliams.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DARRYL ANTHONY BECKLES, | : | |
| a/k/a DARRYL A. BECKLES, | : | CASE NO.: 5:17-bk-03095-MJC |
| a/k/a DARRYL BECKLES | : | |
| Debtors | : | |

## ORDER

Upon consideration of Debtor's Motion to Terminate Wage Attachment Order,

Dkt. # 54 ("Motion"), it is hereby

**ORDERED and DECREED** that said Motion is hereby granted and the Wage

Attachment entered pursuant to Order dated August 2, 2017 entered in the herein case

is hereby terminated.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 21, 2022